IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. 4:90cr4007-WS

ERIC A. PARKER,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 133) docketed November 24, 2010. The magistrate judge recommends that the defendant's Rule 60(d) motion (doc. 130) be denied. The defendant has filed objections (doc. 138) to the report and recommendation.

    Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 133) is adopted and incorporated by reference in this order of the court.

2. The defendant's Rule 60(d) motion (doc. 130) is summarily DISMISSED as an unauthorized second or successive § 2255 motion.

3. The defendant's request (doc. 139) for a certificate of appealability is DENIED because the defendant has not made a substantial showing of the denial of a constitutional right.

4. The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___27th___ day of ___January___, 2011.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE