IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   Case Nos.: 4:90cr4007/WS/CAS
     4:17cv289/WS/CAS

ERIC ANTONIO PARKER,

   Defendant.
_____

### **REPORT AND RECOMMENDATION**

This cause is before the court on Defendant's "Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence" and application to proceed in forma pauperis.  (ECF No. 150). The clerk docketed Defendant's submission as a motion to vacate pursuant to 28 U.S.C. § 2255, and opened a corresponding civil case.  However, in reviewing the pleading it is evident that Defendant intended to file his application in the Eleventh Circuit Court of Appeals, but that it was filed in this court in error.

Accordingly, it is respectfully **RECOMMENDED** that:

1. Defendant's "Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence," (ECF No. 150), be **DISMISSED without prejudice**.

2. The Clerk forward Defendant's application to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** this 10th day of July, 2017.

        <u>S\ CHARLES A. STAMPELOS</u>
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case Nos.: 4:90cr4007/WS/CAS; 4:17cv289/WS/CAS