IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                      4:90cr4007–WS/CAS

ERIC ANTONIO PARKER,                  4:17cv289–WS/CAS

    Defendant.
_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 151) docketed July 10, 2017. The magistrate judge recommends that the defendant's "Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence" be dismissed without prejudice. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 151) is hereby

ADOPTED and incorporated by reference into this order.

2. The defendant's "Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence" (doc. 150) is DISMISSED without prejudice.

3. The clerk shall close Case No. 4:17cv289–WS/CAS.

4. The clerk shall forward Defendant's "Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence" (doc. 150) to the Eleventh Circuit Court of Appeals.

DONE AND ORDERED this   9th   day of    August   , 2017.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE